UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| HARRY DARBY, | : | |
| --- | --- | --- |
| Petitioner, | : | |
| | : | |
| v. | : | No. 2:16-cv-6625 |
| | : | |
| SUPERINTENDENT DEBALSO, | : | |
| THE PA. BOARD OF PROBATION & | : | |
| PAROLE, and THE ATTORNEY | : | |
| GENERAL OF THE STATE OF | : | |
| PENNSYLVANIA, | : | |
| Respondents. | : | |

# **O R D E R**

**AND NOW**, this 25th day of October, 2019, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Petitioner Harry Darby's objections to the Report and Recommendation, ECF No. 11, are **OVERRULED**;

2. The Report and Recommendation, ECF No. 9, is **APPROVED and ADOPTED**;

3. The petition for a writ of habeas corpus is **DISMISSED** for lack of jurisdiction;

4. This case is **CLOSED**; and

5. There is no basis for the issuance of a Certificate of Appealability.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge